IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| DERRICK TRIPLETT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 1:22cv235 |
| v. | : | |
| | : | |
| OFFICER HALL, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant, Officer Hall, by counsel, and pursuant to Fed. R. Civ. P. 7 and Local Rule 7, hereby moves this Court to extend the time to file a responsive pleading to Plaintiff's Amended Complaint to October 28, 2022. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

OFFICER HALL

By: _____/s/_____
Of Counsel

Jeff W. Rosen, Esq., VSB No. 22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax:    (757) 497-1914
jrosen@pendercoward.com
*Counsel for Hall*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2022, I will electronically file the foregoing ***Defendant's Motion for Extension of Time*** with the Clerk of Court using the CM/ECF system and will mail the document by U.S. Mail to the following non-filing user:

Derrick Triplett
6871 Irisburg Rd.
Axton, VA 24054
*Pro Se*

                                                        /s/
Jeff W. Rosen, Esq., VSB #22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax:    (757) 497-1914
jrosen@pendercoward.com
*Counsel for Hall*